NORTHERN PACIFIC RAILROAD COMPANY, Plaintiff and Appel‑ lant, *v.* DANIEL P. TRESSLER, County Treasurer of Mercer County, Defendant and Respondent.

*A*PPEAL from district court, Morton county; Hon. ROD‑ ERICK Rose, Judge.

*W. F. Ball* and *John S. Watson,* for appellant.    *E. C. Rice,* for respondent.

(Opinion filed Jan. 12, 1892.    Rehearing denied, March 24, 1892.)

The opinion of the court was delivered by

WINCHESTER, J.    Following the case of Railroad Co. v. Barnes, *ante* (decided at this term), the judgment of the district court is reversed and a new trial ordered.

McCONNELL, J., concurs.    CORLISS, C. J., dissents.

BARTHOLOMEW and WALLIN, JJ., having been of counsel, did not sit on the hearing of the above-entitled action, nor take any part in the opinion; Judge WINCHESTER, of the sixth judicial district, and Judge McCONNELL, of the third judicial district, sitting by request in their places.